## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DIONNA HARRELL,** : | CIVIL ACTION |
| *Plaintiff*, : | |
| : | No. 17-2960 |
| v. : | |
| **RITE AID CORPORATION, et al.** : | |
| *Defendants*. : | |

### SCHEDULING ORDER

**AND NOW**, this 20th day of September, 2018, following a preliminary pretrial conference, it is **ORDERED** that:

1. This case is referred to Magistrate Judge David R. Strawbridge for settlement purposes. Judge Strawbridge will contact counsel to initiate the settlement process and shall hold the scheduling conference no later than **November 19, 2018.**

2. All motions to amend the complaint and to join or add additional parties shall be filed within fourteen (14) days of the date of this Order.

3. All fact discovery shall be completed by **January 17, 2019.**

4. Plaintiff shall produce her expert report(s) by **February 14, 2019**. Defendants shall produce their expert report(s) by **March 7, 2019.** Plaintiff's expert witness rebuttal reports (if necessary) shall be produced by **March 28, 2019**. All expert discovery, including all depositions of expert witnesses, shall be completed by **April 25, 2019.**

5. Any party expecting to offer opinion testimony from lay witnesses pursuant to Federal Rule of Evidence 701 with respect to the issues of liability and/or damages shall, within the time required for the submission of expert discovery set forth above, serve opposing parties with concise details and/or documents covering the lay opinions of the Rule 701 witnesses, including the identity of each witness offering the lay opinion, the substance and the basis for each opinion.

6. All motions for summary judgment and *Daubert* motions shall be filed no later than **May 9, 2019**.

7. Responses to motions for summary judgment and *Daubert* motions, if any, shall be filed no later than **May 30, 2019.**

8. Following resolution of any dispositive motions, Plaintiff may move for class certification.

                                                  **BY THE COURT:**

                                                  /s/ Mitchell S. Goldberg

                                                  _____

                                                  **MITCHELL S. GOLDBERG, J.**